■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERYL DAVIS, Appellant. [683 NYS2d 26] —Judgment, Supreme Court, New York County (Charles Solomon, J.), rendered May 6, 1997, convicting defendant, after a nonjury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's suppression motion was properly denied without a hearing. Given that the felony complaint and the People's voluntary disclosure form fully disclosed the facts supporting their theory that defendant acted as a steerer and/or lookout, defendant's affirmation, which denied, in conclusory fashion, selling drugs or acting as a "steerer", but did not contest any of the facts creating probable cause to believe that defendant was a participant in the transaction, was insufficient to raise an issue warranting a hearing (*People v Gonzalez,* 247 AD2d 328).

The verdict was based upon legally sufficient evidence and was not against the weight of the evidence (*People v Bleakley,* 69 NY2d 490). There was ample evidence, including defendant's response and instructions to the undercover purchaser, from which defendant's accessorial liability could be reasonably inferred. Concur—Lerner, P. J., Sullivan, Milonas, Rosenberger and Ellerin, JJ.